

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00112-CV

| | | |
|---|---|---|
| Konjit D. Girard | § | From County Court at Law No. 2 of |
| | § | Denton County (CV-2013-00492) |
| v. | | |
| | § | February 20, 2014 |
| AH4R I TX DFW, LLC | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bob McCoy_____
    Justice Bob McCoy